IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

RAS LA'EL BEY,  )
  )
    Plaintiff,  )
  )
v.  )  CASE NO. CV413-205
  )
CRAIG SUTTON, d/b/a  )
Arlington Auto Sales, and  )
SOUTH GEORGIA INVESTIGATIVE  )
AGENCY INC.,  )
  )
    Defendants.  )
  )

### O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 4), to which objections have been filed (Doc. 7). After a careful de novo review of the record, the Court finds Plaintiff's objections to be without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 27th day of November 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA